# United States Court of Appeals
## For the First Circuit

No. 07-2709

ANDREW BARKER

Petitioner

v.

TRANSPORTATION SECURITY ADMINISTRATION;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Respondent

**RESPONDENT'S BRIEFING NOTICE**

Issued: October 8, 2008

Respondent's brief must be filed by November 7, 2008.

The deadline for filing petitioner's reply brief will run from service of respondent's brief in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **February, 2009** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a brief in compliance with the federal and local rules will result in the issuance of an order directing the party to file a conforming brief and could result in the respondent not being heard at oral argument. See 1st Cir. R. 3.0 and 45.0.**

Richard Cushing Donovan, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Christine Preytis - (617) 748-9026


cc:
Sarang Vijay Damle
Mary Ellen Darin
Mark Christian O'Connor